**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHNNY TURNER**                                                                                            **PLAINTIFF**

**v.**                                                                                                          **No. 1:09CV249-A-D**

**STATE OF MISSISSIPPI, ET AL.**                                                                **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 19th day of April, 2010.

                                            **/s/ Sharion Aycock**
                                            **U.S. DISTRICT JUDGE**